UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS,<br><br>          Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF DEFENSE, DEPARTMENT OF THE ARMY, DEPARTMENT OF THE NAVY, and DEPARTMENT OF THE AIR FORCE,<br><br>          Defendants. | Civil Action No.<br>3:15-CV-00658-VAB<br><br>December 18, 2015 |

**JOINT STATUS REPORT REGARDING FURTHER PROCEEDINGS**

In accordance with the Court's Order of August 17, 2015, and the previous joint status report filed by the parties on November 13, 2015, the parties hereby provide a status report regarding further proceedings in this case seeking judicial review under the Freedom of Information Act, 5 U.S.C. § 552.

1. On August 14, 2015, the parties filed a joint motion for entry of a proposed schedule in this case. *See* ECF No. 18. On August 17, 2015, the Court adopted the deadlines in the parties' motion as the Scheduling Order. *See* ECF No. 19.

2. Pursuant to the Scheduling Order, Defendants have produced non-exempt records responsive to Plaintiff's FOIA request on September 18, 2015 and on October 19,

2015.  Defendants' production of documents on October 19, 2015 constitutes their final response to Plaintiffs' FOIA request.

3. The parties have met and conferred on the issues remaining in this case and on whether cross-motions for summary judgment are necessary.  The parties report that they are currently engaged in settlement discussions that could resolve or narrow the issues in this case.

4. On or before January 6, 2016, the parties will submit a stipulation of settlement or another status report regarding further proceedings in this action.

Respectfully submitted this 18th day of December, 2015

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Matthew A. Josephson*
MATTHEW A. JOSEPHSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Tel: 202-514-9237
Fax: 202-616-8470
Matthew.A.Josephson@usdoj.gov

*Counsel for Defendants*

/s/ *Michael J. Wishnie*
Sundiata Sidibe, Law Student Intern
Francisco Unger, Law Student Intern
Jonathan M. Manes, Supervising Attorney, (ct29571)

2

Michael J. Wishnie, Supervising Attorney,
(ct27221)
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800

*Counsel for Plaintiffs*